```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NATIONS FUND I, LLC,

                Plaintiff,

        -against-                         14 Civ. 9471 (DAB)
                                               ORDER

CHRISTOPHER L. GARCIA, et al.,

                Defendants.
---------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

Within 10 days of the date of this Order, Parties shall file a letter updating the Court on the status of this case.

SO ORDERED.

DATED:   November 21, 2019
         New York, New York

                                              _____
                                                Deborah A. Batts
                                      United States District Judge